1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:16-CV-05799-MWF(AFMx) |
| Plaintiff, | **DEFAULT JUDGMENT AGAINST DEFENDANT JOHN EARL MARTIN, SR.** |
| vs. | |
| RONALD S. BLOOMFIELD and JOHN EARL MARTIN, SR., | |
| Defendants. | |

The matter came before the Court upon the Motion of Plaintiff Securities and Exchange Commission (the "Commission") for a Default Judgment against Defendant John Earl Martin, Sr. ("Martin").

The Court, having considered the Commission's Corrected Complaint (Docket No. 14), the Default entered by the Clerk against Martin (Docket No. 24), the papers submitted in Support of the Motion for Default Judgment against Martin, and the papers and proceedings filed and had herein, finds that good cause exists for such

Motion to be granted and the relief sought therein ordered.

## I.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commission Order as to Martin be, and the same is hereby, enforced.

## II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Martin shall pay to the Commission, to be remitted to the United States Treasury, the following amounts with respect to disgorgement and prejudgment interest:

| | |
|---|---|
| Disgorgement set by the Commission Order on February 27, 2014 | $83,135.80 |
| Prejudgment interest set by the Commission Order on February 27, 2014 | $26,136.19 |
| Additional prejudgment interest from February 28, 2014 through December 19, 2016 | $10,429.2 |
| Total disgorgement and prejudgment interest due as of December 19, 2016 | $119,701.19 |

and the following amounts with respect to civil penalty:

| | |
|---|---|
| Civil penalty set by the Commission Order on February 27, 2014 | $650,000.00 |
| Interest from February 28, 2014 through December 19, 2016 | $18,271.83 |
| Total civil penalty and interest due as of December 19, 2016 | $668,271.83 |

Such payments shall be made in one of the following ways:

(a) Martin may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(b) Martin may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(c)     Martin may pay by certified check, bank cashier's check, or United

States postal money order, made payable to the Securities and Exchange

Commission and hand-delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> HQ Bldg., Room 181, AMZ-341
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying

Martin as Defendant in this action, and the name of this Court and the docket number

of this action; a copy of the cover letter and check or money order must be sent to

John J. Graubard, Securities and Exchange Commission, New York Regional Office,

200 Vesey Street, Room 400, New York, NY 10281-1022.  All payments made by

Martin shall be applied first to postjudgment interest pursuant to 28 U.S.C. § 1961, if

any, then to the balance due on the civil money penalty, and <u>finally</u> to <u>the</u> balance due

on disgorgement and prejudgment interest.

## III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that if

Martin shall not pay the above amounts the Commission may enforce this Judgment

through the remedies available by law to collect the unpaid balance.  Such remedies

include, but are not limited to, with respect to disgorgement and prejudgment interest,

civil contempt, and with respect to the civil penalty all collection procedures

authorized by the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 -3308

(including the 10% surcharge authorized by 28 U.S.C. § 3015), along with all offset

rights pursuant to the Treasury Offset Program.

## IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the

Court may, subject to the foregoing, may order such relief as may be necessary for

1  enforcement of this Judgment and that this Court shall retain jurisdiction of this
2  matter for the purposes of enforcing the terms of this Judgment.
3       There being no just reason for delay, pursuant to Rule 54(b) of the Federal
4  Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith
5  and without further notice.
6       Dated: December 21, 2016.

_____
MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.