DONALD W. SEARLES
(Cal. Bar No. 135705)
Email: searlesd@sec.gov
JOHN J. GRAUBARD
(Pro Hac Vice NY Bar No. 1517105)
Email: graubardj@sec.gov
JUDITH A. WEINSTOCK
(Pro Hac Vice NY Bar No. 2877504)
Email: weinstockj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Los Angeles Regional Office
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022
Telephone: (212) 336-0084 (Graubard)
Facsimile: (212) 336-1323

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD S. BLOOMFIELD and JOHN EARL MARTIN, SR.,<br><br>Defendants. | Case No. 2:16-CV-05799-MWF(AFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judicial Officer:**<br>**Hon. Hon. Michael W. Fitzgerald**<br><br>**Trial Date: June 27, 2017** |

**TO THE COURT:**

In accordance with Local Rule 16.15.7, Plaintiff Securities and Exchange Commission hereby respectfully submits this Notice of Settlement that this action has been settled, and requests 30 days in which to file a Stipulation for Judgment and a

1  lodge a Proposed Judgment.

2  Dated:        New York, New York
                 March 9, 2017
3

4                                              /s/ John J. Graubard
                                               JOHN J. GRAUBARD
5                                              Attorney for Plaintiff
                                               Securities and Exchange Commission
6  ///

7  ///

8  ///

9  ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///